UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JEREMIAH TURNER,<br><br>　　　　　　Defendant. | CASE NO.:　18cr0748 JM<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING |

For good cause shown and upon joint motion of the parties (Doc. No. 41), IT IS HEREBY ORDERED that the Motion/Trial Setting Hearing currently set for April 6, 2018, is continued to ***May 18, 2018 at 11:00 a.m.*** IT IS FURTHER ORDERED that time is excluded from the Speedy Trial Act 18 U.S.C. §§ 3161.

DATED: April 5, 2018

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Jeffrey T. Miller
　　　　　　　　　　　　　　　　　United States District Judge